No. 71–788.  ARMOUR & Co. *v.* LOCAL UNION No. 186, UNITED PACKINGHOUSE, FOOD & ALLIED WORKERS, AFL–CIO.  C. A. 6th Cir.  Certiorari denied.

No. 71–789.  JACOBS *v.* UNITED STATES; and
No. 71–796.  KASTENBAUM *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–810.  CHICKEN DELIGHT, INC., ET AL. *v.* SIEGEL ET AL.; and
No. 71–824.  SIEGEL ET AL. *v.* CHICKEN DELIGHT, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.  Reported below: 448 F. 2d 43.

No. 71–815.  DIORIO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 71–859.  BRADFORD ET UX. *v.* THOMPSON ET AL. Sup. Ct. Tex.  Certiorari denied.

No. 71–872.  JOHNSON ET AL. *v.* BOARD OF APPEALS AND REVIEW.  Ct. App. D. C.  Certiorari denied.

No. 71–885.  COUNTY OF MIDDLESEX *v.* GEVYN CONSTRUCTION CORP.  C. A. 1st Cir.  Certiorari denied.

No. 71–894.  UNITED STATES STEEL CORP. *v.* LAIRD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–904.  GREAT FIDELITY INVESTMENT CO. ET AL. *v.* MARTIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–5094.  BEATY ET AL. *v.* NELSON, WARDEN. C. A. 9th Cir.  Certiorari denied.